UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**VALENTIN CIRILO RAMIREZ CARDONA,**

      Petitioner,

      v.

CIVIL ACTION NO.
26-12091-BEM

**ANTONE MONIZ,** *Superintendent,*
*Plymouth County Correctional Facility,*
**DAVID WESLING,** *Acting Field Office Director,*
**TODD LYONS,** *Acting Director U.S.*
*Immigrations and Customs Enforcement,*
**DAREN K. MARGOLIN**,
*Acting Director, U.S. Immigration and Customs Enforcement,*
**TODD BLANCHE**, *Acting U.S. Attorney General and*
**MARKWAYNE MULLIN,**
*U.S. Secretary of Homeland Security and*

      Respondents.

## FINAL JUDGMENT

MURPHY, D.J.

      In accordance with this Court's Order (ECF #14) issued on May 11, 2026, granting in

part the Petitioner's Writ of Habeas Corpus, it is hereby ORDERED:

      Judgment for the Petitioner against the Respondents.

BY THE COURT,

*/s/ Marlene Martins*

Deputy Clerk

DATED: May 11, 2026